**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

---

Roland Bradley,

       Plaintiff,                                              Civil 06-112 (RHK/JSM)

vs.                                                       **ORDER**

Southview Country Club,

       Defendant..

---

The Court having been advised that the above action has been settled, the parties needing additional time to finalize a settlement agreement,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, the Court retaining jurisdiction for thirty (30) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: April 28, 2006

                                                       s/ Richard H. Kyle
                                                       RICHARD H. KYLE
                                                       United States District Judge