UNITED STATE DISTRICT COURT
DISTRICT OF MINNESOTA

---

Roland Bradley,

        Plaintiff,

vs.

Southview Country Club,

        Defendant.

Civil No. 06-112 (RHK/JSM)

**ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS TO ANY PARTY**

---

It having been brought to the Court's attention the fact that the parties have resolved this matter and that the parties agree to dismiss this action in its entirety with prejudice and without costs (including but not limited to: any statutory costs; attorneys' fees; and/or disbursements) to any party,

**IT IS HEREBY ORDERED** that this action is dismissed in its entirety with prejudice and without costs (including but not limited to: any statutory costs; attorneys' fees; and/or disbursements) to any party.

**LET JUDGMENT OF DISMISSAL WITH PREJUDICE BE ENTERED ACCORDINGLY**.

Dated: July 6, 2006

                                        s/Richard H. Kyle
                                        RICHARD H. KYLE
                                        United States District Judge